IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHRISTOPHER CARREA, | ) | |
| | ) | |
| Plaintiff, | ) | CV 08-CV-762 BLW (PC) |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| H. ISERMAN, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Currently pending before this Court are two motions by Plaintiff for an extension of time within which to file his Amended Compliant pursuant to the Court's Initial Review Order. Plaintiff argues in his motion that his limited access to the law library, which is the basis of his legal complaint, is the reason he needs an extension of time to file his amended complaint. Plaintiff is reminded of the Court's prior instructions regarding filing his amended pleading, and that Plaintiff was given leave to set forth the facts that support his claim of entitlement for relief. The amended pleading does not require extensive legal research. For this reason, the Court finds good cause to grant plaintiff an extension of time to file his amended complaint, but to shorten the time frame for the requested extension from 60 to 30 days.

The Court also reminds Plaintiff that the Court specifically ordered that no party may file a motion on the same subject matter if he or she has another motion pending before the Court on the same matter.

For the foregoing

IT IS HEREBY ORDERED as follows:

1. Plaintiff's Motion to Amend the Complaint (Docket No. 11) is GRANTED;

ORDER- 1

2. Plaintiff shall file an amended complaint of notice of voluntary dismissal within 30 days after entry of this Order. Failure to file an amended complaint will result in dismissal of this case without prejudice.

3. Plaintiff's Motion for Extension of Time to File Amended Complaint (Docket No. 12) is DENIED as moot.

DATED: **April 2, 2009**.

Honorable Larry M. Boyle
United States Magistrate Judge