UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| CHRISTOPHER CARREA, JR.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>H. ISERMAN, et al.,<br><br>　　　　　Defendants. | Case No. 1:08-CV-00762-BLW-LMB<br><br>**JUDGMENT** |

　　In accordance with the Order filed on this date, IT IS HEREBY ORDERED, ADJUDGED, and DECREED that this case is dismissed without prejudice. Additionally, this case is hereby ordered closed.

DATED:  **September 26, 2011**

_____
Honorable B. Lynn Winmill
Chief U. S. District Judge

**JUDGMENT - 1**